UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:19-cr-137

vs.

CRAWFORD P. BOGLE,

District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

Defendant.

---

**ORDER: (1) ADOPTING THE SUPPLEMENTAL REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRAGE JUDGE (Doc. No. 886); (2) DISMISSING WITH PREJUDICE DEFENDANT'S MOTION TO VACATE; (3) DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY; AND (4) CERTIFYING THAT AN APPEAL OF THIS ORDER WOULD BE OBJECTIVELY FRIVOLOUS**

---

This criminal case is before the Court on the Supplemental Report and Recommendation ("R&R") of United States Magistrate Judge Merz to whom this case was referred pursuant to 28 U.S.C. § 636(b). Doc. No. 886. Judge Merz recommends that Defendant's amended motion to vacate under 28 U.S.C. § 2255 (Doc. No. 799) be dismissed with prejudice. Defendant has not objected to the Supplemental R&R and the time for doing so under Fed. R. Civ. P. 72(b) has passed. There being no objections and for good cause shown, the Court hereby **ADOPTS** the Supplemental R&R in full.

Accordingly, Defendant's amended motion to vacate is **DISMISSED WITH PREJUDICE**. Defendant is **DENIED** any requested certificate of appealability. The Court hereby **CERTIFIES** to the United States Court of Appeals for the Sixth Circuit that an appeal would be objectively frivolous and therefore, Defendant should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

October 7, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge