**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

Plaintiff, : Case No. 3:19-cr-137
Civil Case No. 3:24-cv-00104

\- vs -

District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

CRAWFORD P. BOGLE,

Defendant. :

# REPORT AND RECOMMENDATIONS ON MOTION FOR RELIEF FROM JUDGMENT

This proceeding under 28 U.S.C. § 2255 is before the Court on Defendant's Motion for Relief from Judgment under Fed.R.Civ.P. 60(b)(ECF No. 891). The Motion recites that the United States does not oppose the Motion and the Magistrate Judge finds there is good cause to grant the Motion, to wit, counsel's showing of inadvertence in not objecting to the Supplemental Report.

Accordingly it is respectfully recommended[1] that the Motion for Relief from Judgment be granted. If Judge Newman grants the Motion, it is the Magistrate Judge's intention to re-set the

[1] Motions under Fed.R.Civ.P. 60(b) are post-judgment, requiring a report and recommendation from an assigned Magistrate Judge.

deadline for objections. The Magistrate Judge further finds there is no present need for the status conference sought in the Motion.

Oxctober 8, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. #